%JS 44  (Rev. 12/07)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.   (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I. (a) PLAINTIFFS**

Kinbook, LLC

**DEFENDANTS**

Microsoft Corporation

**(b)** County of Residence of First Listed Plaintiff
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant
(IN U.S. PLAINTIFF CASES ONLY)

NOTE:  IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE
LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)

Richard D. Gallucci, Spector Gadon & Rosen, P.C.
1635 Market St, 7th Fl., Phila., Pa. 19103 (215) 241- 8886

Attorneys (If Known)

Unknown

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1  U.S. Government Plaintiff
- ☐ 2  U.S. Government Defendant
- ☒ 3  Federal Question (U.S. Government Not a Party)
- ☐ 4  Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☒ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☒ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | **Habeas Corpus:** | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | **IMMIGRATION** | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | ☐ 900Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | ☐ 463 Habeas Corpus - Alien Detainee | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 440 Other Civil Rights | ☐ 555 Prison Condition | ☐ 465 Other Immigration Actions | | |

## V. ORIGIN (Place an "X" in One Box Only)

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

**VI. CAUSE OF ACTION**

Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
15 U.S.C. § 1125

Brief description of cause:   Trademark Infringement

**VII. REQUESTED IN COMPLAINT:**
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND:  ☒ Yes  ☐ No

**VIII. RELATED CASE(S) IF ANY**
(See instructions):   JUDGE ___   DOCKET NUMBER ___

DATE 9/17/10

SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT # ___   AMOUNT ___   APPLYING IFP ___   JUDGE ___   MAG. JUDGE ___

**SPECTOR GADON & ROSEN, P.C.**
**RICHARD D. GALLUCCI, JR.**
**OLIVER D. GRIFFIN**
**1635 Market Street**
**7th Floor**
**Philadelphia, PA 19103**
**Phone  215-241-8888**                    *Attorneys for Plaintiff, Kinbook, LLC*
**Fax: 215-241-8844**

## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **KINBOOK, LLC,** | : |
| *Plaintiff,* | : |
| | : **CIVIL ACTION NO.** |
| | : |
| | : |
| **v.** | : |
| | : |
| **MICROSOFT CORPORATION,** | : |
| | : |
| *Defendant.* | : |
| | : |
| | : |

## COMPLAINT

Plaintiff, Kinbook, LLC ("Kinbook"), by its attorneys, Spector Gadon & Rosen, P.C., for its complaint against defendant Microsoft Corporation ("Microsoft"), states as follows:

### PARTIES

1.      Kinbook is a limited liability company organized and existing under the laws of the State of Delaware, with its principal place of business located at 151 Blackpool Road, Rehoboth Beach, Delaware 19971.

**SPECTOR GADON & ROSEN, P.C.**
**RICHARD D. GALLUCCI, JR.**
**OLIVER D. GRIFFIN**
**1635 Market Street**
**7th Floor**
**Philadelphia, PA 19103**
**Phone   215-241-8888**          *Attorneys for Plaintiff, Kinbook, LLC*
**Fax: 215-241-8844**

## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **KINBOOK,  LLC,** | : | |
| *Plaintiff,* | : | **CIVIL ACTION NO.** |
| | : | |
| | : | |
| **v.** | : | |
| | : | |
| **MICROSOFT CORPORATION,** | : | |
| | : | |
| *Defendant.* | : | |
| | : | |
| | : | |

## COMPLAINT

Plaintiff, Kinbook, LLC ("Kinbook"), by its attorneys, Spector Gadon & Rosen, P.C., for

its complaint against defendant Microsoft Corporation ("Microsoft"), states as follows:

### PARTIES

1.     Kinbook is a limited liability company organized and existing under the laws of

the State of Delaware, with its principal place of business located at 151 Blackpool Road,

Rehoboth Beach, Delaware 19971.

2.     Upon information and belief, defendant Microsoft is a corporation organized and existing under the laws of the State of Delaware, with its principal place of business located at One Microsoft Way, Redmond, Washington.

### JURISDICTION AND VENUE

3.     This case arises under an Act of Congress, 15 U.S.C. §1125, relating to trademarks and trade dress.  Accordingly, the Court has original jurisdiction pursuant to 28 U.S.C. §§ 1331 and 1338.

4.     Venue is proper in this Court pursuant to 28 U.S.C. § 1391(c) in that defendant Microsoft regularly conducts business and sells its products throughout the United States, including the State of Pennsylvania.

### GENERAL ALLEGATIONS

5.     Kinbook is the developer of on-line social networking software and applications designed for the sharing of information between and among family members.

6.     In May 2009, Kinbook, at its own significant expense, engaged in the process of developing a specific on-line social networking software application designed for the sharing of information between and among family members on Facebook®.  Facebook is a social networking website launched in February 2004 that is operated and privately owned by Facebook, Inc., with more than 500 million active users in July 2010. Users can add people as friends and send them messages, and update their personal profiles to notify friends about themselves. Additionally, users can join networks organized by workplace, school, or college.

7.     More specifically, Kinbook engaged the services of software engineers and spent a plethora of hours developing the concept of a social networking application as well as a consumer friendly and identifiable trademark and tradename in connection with its product, namely, Kinbox® and Munchkinbox®.

2

8.      On December 2, 2009, Kinbook filed its initial application with the United States Patent and Trademark Office for the registration of the trademarks and tradenames Kinbox and Munchkinbox in connection with specific on-line social networking software application designed for the sharing of information between and among family members.  True and correct copies of the trademark and tradename applications for Kinbox and Munchkinbox are attached hereto as Exhibit A.

9.      Also in December 2009, Kinbook's software application for family members under the tradenames Kinbox and Munchkinbox became available for actual use by Facebook® users.  True and correct copies of the webpages displayed by Facebook® in connection Kinbox and Munchkinbox in a stylized design are attached hereto as Exhibit B.

10.     On or about September 3, 2010, the United States Patent and Trademark Office accepted the Statements of Use filed in connection with Kinbox®, Munchkinbox®, Kinbox® and its design, and Munchkinbox® and its design under application Nos. 77/884017, 77/884060, 77/884174, and 77/884195 respectively.

11.     To date, Kinbook continues its use, development and support in connection with Kinbox and Munchkinbox as social networking applications for use on Facebook.  The company has significant plans to expand this application beyond Facebook, and has capital to deploy.

12.      Accordingly, Kinbook has built up and owns valuable goodwill for its product and software application under the names Kinbox and Munchkinbox.

## DEFENDANT'S WRONGFUL CONDUCT

13.    Defendant Microsoft is a public multinational corporation headquartered in Redmond, Washington, USA that develops, manufactures, licenses, and supports a wide range of products and services predominantly related to computing through its various product divisions.

14.    On or about April 12, 2010, well after Kinbook's initial filing and use of the distinctive terms Kinbox® and Munchkinbox® in connection with social networking software and applications for use through on-line social media, Microsoft sought the registration of the term "Kin" in connection with "on-line services relating to maintaining and organizing mobile phone related data; on-line audio-visual data storage and download services; [and] on-line software download services."  A true and correct copy of Microsoft's trademark and tradename application are attached hereto as Exhibit C.

15.    Thereafter, Microsoft began that sale of its product, namely, the Kin One and Kin Two.  The Kin One and Kin Two are wireless telephones that contain software applications for the purpose of on-line social networking as well as the downloading of audio-visual data, applications identical to those offered by Kinbox® and Munchkinbox®.  Moreover, the Kin One and Kin Two are sold in packaging dubbed a "Kinbox."  A true and correct copy of a webpage displaying the Kin One and Kin Two product packaging are attached hereto as Exhibit D.

16.    In addition, in November 2010, Microsoft is poised to release its software application and product known as "**Kin**ect," an on-line social networking application for use on the XBOX 360.  A true and correct copy of a webpage from engadget.com touting the release of Microsoft's Kinect for XBOX 360 is attached hereto as Exhibit E.

17.    Upon information and belief, Microsoft is developing additional on-line social networking software and applications using the term "Kin."

18.    Microsoft's use of the term "Kin" in connection with on-line social networking software and applications constitutes trademark infringement and has caused substantial customer confusion and confusion to the public.  Such confusion irreparably strips Kinbook of the goodwill it has developed with the consuming public in connection with its use of the trademarks and tradenames Kinbox® and Munckinbox®, and is injurious to the consuming public as well.

## COUNT I

### UNFAIR COMPETITION AND TRADE DRESS INFRINGEMENT
### 15 U.S.C.A. § 1125(a)

19.    The allegations set forth in paragraphs 1 through 18 hereof are incorporated herein by reference.

20.    Kinbook's registered trademarks and tradenames Kinbox and Munchkinbox in connection with on-line social networking software applications is inherently distinctive.

21.    Microsoft's on-line social networking devices, software and applications using the term "Kin" are advertised and promoted in the same channels of trade, and are directed to the same consumers, as the on-line social networking software and applications offered by Kinbook via Facebook®.  Microsoft has infringed on the rights of Kinbook by using a trademark and tradename, namely the term "Kin," in connection with the sale of its products Kin One and Kin Two, as well as its soon-to-be-released Kinect product - products specifically designed for on-line social networking.  Microsoft's use of the term "Kin" in connection with these products is

confusingly similar to the distinctive trademark and tradename used by Kinbook with respect to Kinbox® and Munchkinbox®.

22.    Microsoft is unfairly competing with Kinbook by adopting the infringing trademark and tradename to identify its on-line social networking products and applications, the intent and result of which has been, and continues to be, a palming off or passing off of Kinbook's on-line social networking application as emanating from or being endorsed by Kinbook, thereby causing confusion, mistake or deception among the public as to the source or origin of such goods.

23.    Microsoft's use of confusingly similar trademarks and tradenames is likely to and does permit Microsoft to misappropriate and unfairly trade on the valuable goodwill developed by Kinbook.

24.    Microsoft's misappropriation and misuse of the Kinbook trademarks and tradenames is a false designation of origin as to the on-line social networking software and applications Microsoft makes available in interstate commerce.  Consumers who purchase Microsoft's products, and specifically its Kin One, Kin Two and Kinect, are led to believe that the product associated with Microsoft originates with Kinbook or is sponsored by Kinbook when, in fact, Kinbook has no responsibility for, or control over, the acts of Microsoft or the quality of its products.

25.    By its wrongful acts, Microsoft has caused, and unless restrained and enjoined, will continue to cause serious irreparable injury and damage to Kinbook and the goodwill it has developed in connection with the trademarks and tradenames Kinbox® and Munchkinbox® in this district and elsewhere in the United States.  Microsoft's acts have further caused and will

continue to cause irreparable injury to the public as well. Kinbook has no adequate remedy at law.

**WHEREFORE**, plaintiff Kinbook, LLC demands judgment against defendant Microsoft, for the following:

a.     Preliminary and permanent injunctive relief enjoining Microsoft, its officers, agents, servants, affiliates, parent and subsidiary corporations, representatives and all those in privity or acting in concert with Microsoft, from directly or indirectly (i) using the trademark or tradename "Kin" in connection with the sale or offering of on-line social networking software or applications; (ii) performing any actions or using, trade names, words, names, styles, titles, or designs that are likely to cause confusion or mistake, to deceive, or otherwise mislead the trade or public into believing that Kinbook and Microsoft are one and the same, or in some way affiliated or connected, or that the goods produced and manufactured by Microsoft originate with Kinbook; (iii) using trademarks or tradenames or engaging in any other conduct that creates a likelihood of injury to the business reputation of Kinbook or a likelihood of misappropriation and dilution of Kinbook's distinctive trademarks and tradenames and the goodwill associated therewith; and (iv) using any practice whatsoever, including those set forth in this complaint, that tend to unfairly compete with or injure Kinbook, its business, or the goodwill it has developed and is associated with Kinbox® and Munckinbox®;

b.     An accounting of all gains, profits and advantages derived by Microsoft from the activities complained of in this complaint;

c.     The fullest possible monetary recovery against Microsoft as specified in 15 U.S.C.A. § 1117, including treble damages, together with such other and additional amounts recoverable under principles of common law;

d.     Costs and expenses of litigation against Microsoft, including attorneys' fees, together with interest thereon at the legal rate; and

e.     Such other relief as the Court deems just and proper.

/s  Richard D. Gallucci, Jr.
RICHARD D. GALLUCCI, JR.
OLIVER D. GRIFFIN
SPECTOR GADON & ROSEN, P.C.
A Professional Corporation
1635 Market Street
7th Floor
Philadelphia, PA 19103
Phone: 215-241-8888
Fax: 215-241-8844

*Attorneys for Plaintiff,*
*Kinbook, LLC*

Date:   September 17, 2010

895291

# EXHIBIT "A"

# Trademark/Service Mark Application, Principal Register

**Serial Number: 77884017**
**Filing Date: 12/02/2009**

## The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **SERIAL NUMBER** | 77884017 |
| **MARK INFORMATION** | |
| **\*MARK** | KINBOX |
| **STANDARD CHARACTERS** | YES |
| **USPTO-GENERATED IMAGE** | YES |
| **LITERAL ELEMENT** | KINBOX |
| **MARK STATEMENT** | The mark consists of standard characters, without claim to any particular font, style, size, or color. |
| **REGISTER** | Principal |
| **APPLICANT INFORMATION** | |
| **\*OWNER OF MARK** | Kinbook, LLC |
| **\*STREET** | 151 Blackpool Road |
| **\*CITY** | Rehoboth Beach |
| **\*STATE (Required for U.S. applicants)** | Delaware |
| **\*COUNTRY** | United States |
| **\*ZIP/POSTAL CODE (Required for U.S. applicants only)** | 19971 |

## LEGAL ENTITY INFORMATION

| | |
|---|---|
| **TYPE** | limited liability company |
| **STATE/COUNTRY WHERE LEGALLY ORGANIZED** | Delaware |

## GOODS AND/OR SERVICES AND BASIS INFORMATION

| | |
|---|---|
| \* **INTERNATIONAL CLASS** | 045 |
| \* **IDENTIFICATION** | On-line social networking services enabling sharing of information among family members |
| **FILING BASIS** | SECTION 1(b) |

## ATTORNEY INFORMATION

| | |
|---|---|
| **NAME** | Rex A. Donnelly |
| **ATTORNEY DOCKET NUMBER** | KNB-100US |
| **FIRM NAME** | RatnerPrestia |
| **STREET** | 1007 N. Orange Street; Suite 1100 |
| **INTERNAL ADDRESS** | P. O. Box 1596 |
| **CITY** | Wilmington |
| **STATE** | Delaware |
| **COUNTRY** | United States |
| **ZIP/POSTAL CODE** | 19899 |
| **PHONE** | 3027782500 |
| **FAX** | 3027782600 |
| **EMAIL ADDRESS** | tmde@ratnerprestia.com |
| **AUTHORIZED TO COMMUNICATE VIA EMAIL** | Yes |
| **OTHER APPOINTED** | Lawrence E. Ashery, Eric Berkowitz, Joshua L. Cohen, Christopher Dervishian, Jacques L. Etkowicz, Zachary J. Fansler, Jack J. Jankovitz, Andrew J. Koopman, Benjamin E. Leace, Christopher R. Lewis, Glenn M. Massina, John W. McGlynn, Glen Murphy, Kenneth N. Nigon, Paul F. |

| | |
|---|---|
| **ATTORNEY** | Prestia, Allan Ratner, Christopher A. Rothe, Lauren Schmidt, Robert P. Seitter, Jaimin B. Shah, Jonathan H. Spadt, Stephen J. Weed, Stanley Weinberg |

## CORRESPONDENCE INFORMATION

| | |
|---|---|
| **NAME** | Rex A. Donnelly |
| **FIRM NAME** | RatnerPrestia |
| **STREET** | 1007 N. Orange Street; Suite 1100 |
| **INTERNAL ADDRESS** | P. O. Box 1596 |
| **CITY** | Wilmington |
| **STATE** | Delaware |
| **COUNTRY** | United States |
| **ZIP/POSTAL CODE** | 19899 |
| **PHONE** | 3027782500 |
| **FAX** | 3027782600 |
| **EMAIL ADDRESS** | tmde@ratnerprestia.com |
| **AUTHORIZED TO COMMUNICATE VIA EMAIL** | Yes |

## FEE INFORMATION

| | |
|---|---|
| **NUMBER OF CLASSES** | 1 |
| **FEE PER CLASS** | 325 |
| ***TOTAL FEE DUE** | 325 |
| ***TOTAL FEE PAID** | 325 |

## SIGNATURE INFORMATION

| | |
|---|---|
| **ORIGINAL PDF FILE** | hw_14614549106-105251775_._Declaration_for_the_Mark_KINBOX.pdf |
| **CONVERTED PDF FILE(S) (1 page)** | \\TICRS\EXPORT8\IMAGEOUT8\778\840\77884017\xml1\APP0003.JPG |
| **SIGNATORY'S NAME** | Jacquelyn Blue |

**SIGNATORY'S POSITION**        CEO

# Trademark/Service Mark Application, Principal Register

**Serial Number: 77884017**

**Filing Date: 12/02/2009**

## To the Commissioner for Trademarks:

**MARK:** KINBOX (Standard Characters, see mark)
The literal element of the mark consists of KINBOX.
The mark consists of standard characters, without claim to any particular font, style, size, or color.

The applicant, Kinbook, LLC, a limited liability company legally organized under the laws of Delaware, having an address of
  151 Blackpool Road
  Rehoboth Beach, Delaware 19971
  United States
requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended, for the following:

  International Class 045:  On-line social networking services enabling sharing of information among family members
Intent to Use: The applicant has a bona fide intention to use or use through the applicant's related company or licensee the mark in commerce on or in connection with the identified goods and/or services. (15 U.S.C. Section 1051(b)).

The applicant hereby appoints Rex A. Donnelly and Lawrence E. Ashery, Eric Berkowitz, Joshua L. Cohen, Christopher Dervishian, Jacques L. Etkowicz, Zachary J. Fansler, Jack J. Jankovitz, Andrew J. Koopman, Benjamin E. Leace, Christopher R. Lewis, Glenn M. Massina, John W. McGlynn, Glen Murphy, Kenneth N. Nigon, Paul F. Prestia, Allan Ratner, Christopher A. Rothe, Lauren Schmidt, Robert P. Seitter, Jaimin B. Shah, Jonathan H. Spadt, Stephen J. Weed, Stanley Weinberg of RatnerPrestia
  P. O. Box 1596
  1007 N. Orange Street; Suite 1100
  Wilmington, Delaware 19899
  United States

to submit this application on behalf of the applicant. The attorney docket/reference number is KNB-100US.

Correspondence Information: Rex A. Donnelly

RatnerPrestia

P. O. Box 1596

1007 N. Orange Street; Suite 1100

Wilmington, Delaware 19899

3027782500(phone)

3027782600(fax)

tmde@ratnerprestia.com (authorized)

A fee payment in the amount of $325 has been submitted with the application, representing payment for 1 class(es).

**Declaration**

**Original PDF file:**

hw_14614549106-105251775_._Declaration_for_the_Mark_KINBOX.pdf

**Converted PDF file(s)** (1 page)

Signature File1

Signatory's Name: Jacquelyn Blue

Signatory's Position: CEO

RAM Sale Number: 8888

RAM Accounting Date: 12/02/2009

Serial Number: 77884017

Internet Transmission Date: Wed Dec 02 11:13:53 EST 2009

TEAS Stamp: USPTO/BAS-146.145.49.106-200912021113530

35680-77884017-460be23bfbf952226746c42e9

8c41905fb8-CC-8888-20091202105251775178

# KINBOX

## Declaration

The undersigned, being hereby warned that willful false statements and the like so made are punishable by fine or imprisonment, or both, under 18 U.S.C. Section 1001, and that such willful false statements, and the like, may jeopardize the validity of the application or any resulting registration, declares that he/she is properly authorized to execute this application on behalf of the applicant; he/she believes the applicant to be the owner of the trademark/service mark sought to be registered, or, if the application is being filed under 15 U.S.C. Section 1051(b), he/she believes applicant to be entitled to use such mark in commerce; to the best of his/her knowledge and belief no other person, firm, corporation, or association has the right to use the mark in commerce, either in the identical form thereof or in such near resemblance thereto as to be likely, when used on or in connection with the goods/services of such other person, to cause confusion, or to cause mistake, or to deceive; and that all statements made of his/her own knowledge are true; and that all statements made on information and belief are believed to be true.

**Signature Section:**

Signature: _____

Signatory's Name: _Jacquelyn Blue_____

Signatory's Position: _CEO_____

Date Signed: _Dec. 1, 2009_____

**NOTE TO APPLICANT:** When filed as part of the electronic form (i.e., scanned and attached as an image file), the signature page **must** include both the signature information **and** the boilerplate declaration language. Do **not** include the entire application, but do ensure that the boilerplate declaration language actually appears; *a signature by itself will not be acceptable.* If, due to browser limitations, the boilerplate declaration language appears on a previous page when printed, you must "merge" the declaration and signature block onto a single page prior to signing, so that the *one complete page* can be scanned to create an acceptable image file. It is recommended that you copy-and-paste the entire text form into another document, manipulate the spacing there to move the declaration and signature section to a separate page, and then print this new version of the text form to send to the signatory.

# KINBOX

# Trademark/Service Mark Application, Principal Register

**Serial Number: 77884174**
**Filing Date: 12/02/2009**

## The table below presents the data as entered.

| Input Field | Entered |
| --- | --- |
| **SERIAL NUMBER** | 77884174 |
| **MARK INFORMATION** | |
| ***MARK** | \\TICRS\EXPORT8\IMAGEOUT8 \778\841\77884174\xml1\AP P0002.JPG |
| **SPECIAL FORM** | YES |
| **USPTO-GENERATED IMAGE** | NO |
| **COLOR MARK** | NO |
| ***DESCRIPTION OF THE MARK (and Color Location, if applicable)** | The mark consists of stylized text forming the word "KinBox" with the letter "i" represented by the figures of an adult and child and the letter "o" represented in the form of a rectangular box containing the figures of an adult waving to a child. |
| **PIXEL COUNT ACCEPTABLE** | NO |
| **PIXEL COUNT** | 766 x 210 |
| **REGISTER** | Principal |
| **APPLICANT INFORMATION** | |
| ***OWNER OF MARK** | Kinbook, LLC |
| ***STREET** | 151 Blackpool Road |
| ***CITY** | Rehoboth Beach |
| ***STATE** (Required for U.S. applicants) | Delaware |
| ***COUNTRY** | United States |

**\*ZIP/POSTAL CODE** (Required for U.S. applicants only)    19971

## LEGAL ENTITY INFORMATION

**TYPE**    limited liability company

**STATE/COUNTRY WHERE LEGALLY ORGANIZED**    Delaware

## GOODS AND/OR SERVICES AND BASIS INFORMATION

**\* INTERNATIONAL CLASS**    045

**\* IDENTIFICATION**    On-line social networking services enabling sharing of information among family members

**FILING BASIS**    SECTION 1(b)

## ATTORNEY INFORMATION

**NAME**    Rex A. Donnelly

**ATTORNEY DOCKET NUMBER**    KNB-102US

**FIRM NAME**    RatnerPrestia

**STREET**    1007 N. Orange Street; Suite 1100

**INTERNAL ADDRESS**    P. O. Box 1596

**CITY**    Wilmington

**STATE**    Delaware

**COUNTRY**    United States

**ZIP/POSTAL CODE**    19899

**PHONE**    302-778-2500

**FAX**    302-778-2600

**EMAIL ADDRESS**    tmde@ratnerprestia.com

**AUTHORIZED TO**

| | |
|---|---|
| **COMMUNICATE VIA EMAIL** | Yes |
| **OTHER APPOINTED ATTORNEY** | Lawrence E. Ashery, Eric Berkowitz, Joshua L. Cohen, Christopher Dervishian, Jacques L. Etkowicz, Zachary J. Fansler, Jack J. Jankovitz, Andrew J. Koopman, Benjamin E. Leace, Christopher R. Lewis, Glenn M. Massina, John W. McGlynn, Glenn Murphy, Kenneth N. Nigon, Paul F. Prestia, Allan Ratner, Christopher A. Rothe, Lauren Schmidt, Robert P. Seitter, Jaimin B. Shah, Jonathan H. Spadt, Stephen J. Weed, Stanley Weinberg |

## CORRESPONDENCE INFORMATION

| | |
|---|---|
| **NAME** | Rex A. Donnelly |
| **FIRM NAME** | RatnerPrestia |
| **STREET** | 1007 N. Orange Street; Suite 1100 |
| **INTERNAL ADDRESS** | P. O. Box 1596 |
| **CITY** | Wilmington |
| **STATE** | Delaware |
| **COUNTRY** | United States |
| **ZIP/POSTAL CODE** | 19899 |
| **PHONE** | 302-778-2500 |
| **FAX** | 302-778-2600 |
| **EMAIL ADDRESS** | tmde@ratnerprestia.com |
| **AUTHORIZED TO COMMUNICATE VIA EMAIL** | Yes |

## FEE INFORMATION

| | |
|---|---|
| **NUMBER OF CLASSES** | 1 |
| **FEE PER CLASS** | 325 |
| ***TOTAL FEE DUE** | 325 |
| ***TOTAL FEE PAID** | 325 |

## SIGNATURE INFORMATION

| | |
|---|---|
| **ORIGINAL PDF FILE** | hw_14614549106-123105335_._Declaration_for_KINBOX_Logo.pdf |

| | |
|---|---|
| **CONVERTED PDF FILE(S)** (1 page) | \\TICRS\EXPORT8\IMAGEOUT8\778\841\77884174\xml1\APP0003.JPG |
| **SIGNATORY'S NAME** | Jacquelyn Blue |
| **SIGNATORY'S POSITION** | CEO |

# Trademark/Service Mark Application, Principal Register

### Serial Number: 77884174
### Filing Date: 12/02/2009

## To the Commissioner for Trademarks:

**MARK:** (Stylized and/or Design, see mark)
The applicant is not claiming color as a feature of the mark. The mark consists of stylized text forming the word "KinBox" with the letter "i" represented by the figures of an adult and child and the letter "o" represented in the form of a rectangular box containing the figures of an adult waving to a child.
The applicant, Kinbook, LLC, a limited liability company legally organized under the laws of Delaware, having an address of
    151 Blackpool Road
    Rehoboth Beach, Delaware 19971
    United States
requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended, for the following:

    International Class 045:  On-line social networking services enabling sharing of information among family members
Intent to Use: The applicant has a bona fide intention to use or use through the applicant's related company or licensee the mark in commerce on or in connection with the identified goods and/or services. (15 U.S.C. Section 1051(b)).

The applicant hereby appoints Rex A. Donnelly and Lawrence E. Ashery, Eric Berkowitz, Joshua L.

Cohen, Christopher Dervishian, Jacques L. Etkowicz, Zachary J. Fansler, Jack J. Jankovitz, Andrew J. Koopman, Benjamin E. Leace, Christopher R. Lewis, Glenn M. Massina, John W. McGlynn, Glenn Murphy, Kenneth N. Nigon, Paul F. Prestia, Allan Ratner, Christopher A. Rothe, Lauren Schmidt, Robert P. Seitter, Jaimin B. Shah, Jonathan H. Spadt, Stephen J. Weed, Stanley Weinberg of RatnerPrestia

 P. O. Box 1596

 1007 N. Orange Street; Suite 1100

 Wilmington, Delaware 19899

 United States

to submit this application on behalf of the applicant. The attorney docket/reference number is KNB-102US.

Correspondence Information: Rex A. Donnelly

      RatnerPrestia

      P. O. Box 1596

      1007 N. Orange Street; Suite 1100

      Wilmington, Delaware 19899

      302-778-2500(phone)

      302-778-2600(fax)

      tmde@ratnerprestia.com (authorized)

A fee payment in the amount of $325 has been submitted with the application, representing payment for 1 class(es).

## Declaration

**Original PDF file:**

hw_14614549106-123105335_._Declaration_for_KINBOX_Logo.pdf

**Converted PDF file(s)** (1 page)

Signature File1

Signatory's Name: Jacquelyn Blue

Signatory's Position: CEO

RAM Sale Number: 10029

RAM Accounting Date: 12/02/2009

Serial Number: 77884174

Internet Transmission Date: Wed Dec 02 12:50:08 EST 2009

TEAS Stamp: USPTO/BAS-146.145.49.106-200912021250080

84142-77884174-460d79f86a54e403ac9c76c47

3acc28ca1-CC-10029-20091202123105335018



## Declaration

The undersigned, being hereby warned that willful false statements and the like so made are punishable by fine or imprisonment, or both, under 18 U.S.C. Section 1001, and that such willful false statements, and the like, may jeopardize the validity of the application or any resulting registration, declares that he/she is properly authorized to execute this application on behalf of the applicant; he/she believes the applicant to be the owner of the trademark/service mark sought to be registered, or, if the application is being filed under 15 U.S.C. Section 1051(b), he/she believes applicant to be entitled to use such mark in commerce; to the best of his/her knowledge and belief no other person, firm, corporation, or association has the right to use the mark in commerce, either in the identical form thereof or in such near resemblance thereto as to be likely, when used on or in connection with the goods/services of such other person, to cause confusion, or to cause mistake, or to deceive; and that all statements made of his/her own knowledge are true; and that all statements made on information and belief are believed to be true.

**Signature Section:**

Signature: _____

Signatory's Name: _____Jacquelyn Blue_____

Signatory's Position: _____CEO_____

Date Signed: _____Dec. 1, 2009_____

**NOTE TO APPLICANT:** When filed as part of the electronic form (i.e., scanned and attached as an image file), the signature page must include both the signature information **and** the boilerplate declaration language. Do not include the entire application, but do ensure that the boilerplate declaration language actually appears; *a signature by itself will not be acceptable*. If, due to browser limitations, the boilerplate declaration language appears on a previous page when printed, you must "merge" the declaration and signature block onto a single page prior to signing, so that the *one complete page* can be scanned to create an acceptable image file. It is recommended that you copy-and-paste the entire text form into another document, manipulate the spacing there to move the declaration and signature section to a separate page, and then print this new version of the text form to send to the signatory.



# Trademark/Service Mark Application, Principal Register

**Serial Number: 77884060**
**Filing Date: 12/02/2009**

## The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **SERIAL NUMBER** | 77884060 |
| **MARK INFORMATION** | |
| ***MARK** | <u>MUNCHKINBOX</u> |
| **STANDARD CHARACTERS** | YES |
| **USPTO-GENERATED IMAGE** | YES |
| **LITERAL ELEMENT** | MUNCHKINBOX |
| **MARK STATEMENT** | The mark consists of standard characters, without claim to any particular font, style, size, or color. |
| **REGISTER** | Principal |
| **APPLICANT INFORMATION** | |
| ***OWNER OF MARK** | Kinbook, LLC |
| ***STREET** | 151 Blackpool Road |
| ***CITY** | Rehoboth Beach |
| ***STATE** (Required for U.S. applicants) | Delaware |
| ***COUNTRY** | United States |
| ***ZIP/POSTAL CODE** (Required for U.S. applicants only) | 19971 |
| **LEGAL ENTITY INFORMATION** | |

| | |
|---|---|
| **TYPE** | limited liability company |
| **STATE/COUNTRY WHERE LEGALLY ORGANIZED** | Delaware |

## GOODS AND/OR SERVICES AND BASIS INFORMATION

| | |
|---|---|
| **\* INTERNATIONAL CLASS** | 045 |
| **\* IDENTIFICATION** | On-line social networking services enabling sharing of information among children and their extended family |
| **FILING BASIS** | SECTION 1(b) |

## ATTORNEY INFORMATION

| | |
|---|---|
| **NAME** | Rex A. Donnelly |
| **ATTORNEY DOCKET NUMBER** | KNB-101US |
| **FIRM NAME** | RatnerPrestia |
| **STREET** | 1007 N. Orange Street; Suite 1100 |
| **INTERNAL ADDRESS** | P. O. Box 1596 |
| **CITY** | Wilmington |
| **STATE** | Delaware |
| **COUNTRY** | United States |
| **ZIP/POSTAL CODE** | 19899 |
| **PHONE** | 3027782500 |
| **FAX** | 3027782600 |
| **EMAIL ADDRESS** | tmdc@ratnerprestia.com |
| **AUTHORIZED TO COMMUNICATE VIA EMAIL** | Yes |
| **OTHER APPOINTED** | Lawrence E. Ashery, Eric Berkowitz, Joshua L. Cohen, Christopher Dervishian, Jacques L. Etkowicz, Zachary J. Fansler, Jack J. Jankovitz, Andrew J. Koopman, Benjamin E. Leace, Christopher R. Lewis, Glenn M. Massina, John W. McGlynn, Glenn Murphy, Kenneth N. Nigon, Paul F. |

| ATTORNEY | Prestia, Allan Ratner, Christopher A. Rothe, Lauren Schmidt, Robert P. Seitter, Jaimin B. Shah, Jonathan H. Spadt, Stephen J. Weed, Stanley Weinberg |
|---|---|

## CORRESPONDENCE INFORMATION

| NAME | Rex A. Donnelly |
|---|---|
| FIRM NAME | RatnerPrestia |
| STREET | 1007 N. Orange Street; Suite 1100 |
| INTERNAL ADDRESS | P. O. Box 1596 |
| CITY | Wilmington |
| STATE | Delaware |
| COUNTRY | United States |
| ZIP/POSTAL CODE | 19899 |
| PHONE | 3027782500 |
| FAX | 3027782600 |
| EMAIL ADDRESS | tmde@ratnerprestia.com |
| AUTHORIZED TO COMMUNICATE VIA EMAIL | Yes |

## FEE INFORMATION

| NUMBER OF CLASSES | 1 |
|---|---|
| FEE PER CLASS | 325 |
| *TOTAL FEE DUE | 325 |
| *TOTAL FEE PAID | 325 |

## SIGNATURE INFORMATION

| ORIGINAL PDF FILE | hw_14614549106-112538852_._Declaration_for_the_Mark_KINBOX.pdf |
|---|---|
| CONVERTED PDF FILE(S) (1 page) | \\TICRS\EXPORT8\IMAGEOUT8\778\840\77884060\xml1\APP0003.JPG |
| SIGNATORY'S NAME | Jacquelyn Blue |

**SIGNATORY'S
POSITION**    CEO


## Trademark/Service Mark Application, Principal Register

**Serial Number: 77884060**
**Filing Date: 12/02/2009**

## To the Commissioner for Trademarks:

**MARK:** MUNCHKINBOX (Standard Characters, see <u>mark</u>)
The literal element of the mark consists of MUNCHKINBOX.
The mark consists of standard characters, without claim to any particular font, style, size, or color.

The applicant, Kinbook, LLC, a limited liability company legally organized under the laws of Delaware, having an address of
    151 Blackpool Road
    Rehoboth Beach, Delaware 19971
    United States
requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended, for the following:

    International Class 045:  On-line social networking services enabling sharing of information among children and their extended family
Intent to Use: The applicant has a bona fide intention to use or use through the applicant's related company or licensee the mark in commerce on or in connection with the identified goods and/or services. (15 U.S.C. Section 1051(b)).


The applicant hereby appoints Rex A. Donnelly and Lawrence E. Ashery, Eric Berkowitz, Joshua L. Cohen, Christopher Dervishian, Jacques L. Etkowicz, Zachary J. Fansler, Jack J. Jankovitz, Andrew J. Koopman, Benjamin E. Leace, Christopher R. Lewis, Glenn M. Massina, John W. McGlynn, Glenn Murphy, Kenneth N. Nigon, Paul F. Prestia, Allan Ratner, Christopher A. Rothe, Lauren Schmidt, Robert P. Seitter, Jaimin B. Shah, Jonathan H. Spadt, Stephen J. Weed, Stanley Weinberg of RatnerPrestia
    P. O. Box 1596
    1007 N. Orange Street; Suite 1100
    Wilmington, Delaware 19899
    United States

to submit this application on behalf of the applicant. The attorney docket/reference number is KNB-101US.

Correspondence Information: Rex A. Donnelly

RatnerPrestia

P. O. Box 1596

1007 N. Orange Street; Suite 1100

Wilmington, Delaware 19899

3027782500(phone)

3027782600(fax)

tmde@ratnerprestia.com (authorized)

A fee payment in the amount of $325 has been submitted with the application, representing payment for 1 class(es).

**Declaration**

**Original PDF file:**

hw_14614549106-112538852_._Declaration_for_the_Mark_KINBOX.pdf

**Converted PDF file(s)** (1 page)

Signature File1

Signatory's Name: Jacquelyn Blue

Signatory's Position: CEO

RAM Sale Number: 9231

RAM Accounting Date: 12/02/2009

Serial Number: 77884060

Internet Transmission Date: Wed Dec 02 11:41:04 EST 2009

TEAS Stamp: USPTO/BAS-146.145.49.106-200912021141041

29374-77884060-4601b56ef3bcab1c272d8bcc7

b082c0c2cf-CC-9231-20091202112538852975

MUNCHKINBOX

## Declaration

The undersigned, being hereby warned that willful false statements and the like so made are punishable by fine or imprisonment, or both, under 18 U.S.C. Section 1001, and that such willful false statements, and the like, may jeopardize the validity of the application or any resulting registration, declares that he/she is properly authorized to execute this application on behalf of the applicant: he/she believes the applicant to be the owner of the trademark/service mark sought to be registered, or, if the application is being filed under 15 U.S.C. Section 1051(b), he/she believes applicant to be entitled to use such mark in commerce; to the best of his/her knowledge and belief no other person, firm, corporation, or association has the right to use the mark in commerce, either in the identical form thereof or in such near resemblance thereto as to be likely, when used on or in connection with the goods/services of such other person, to cause confusion, or to cause mistake, or to deceive; and that all statements made of his/her own knowledge are true; and that all statements made on information and belief are believed to be true.

**Signature Section:**

Signature: _____

Signatory's Name: _Jacquelyn Blue_____

Signatory's Position: _CEO_____

Date Signed: _Dec. 4, 2009_____

**NOTE TO APPLICANT:** When filed as part of the electronic form (i.e., scanned and attached as an image file), the signature page **must** include both the signature information **and** the boilerplate declaration language. Do **not** include the entire application, but do ensure that the boilerplate declaration language actually appears; *a signature by itself will not be acceptable*. If, due to browser limitations, the boilerplate declaration language appears on a previous page when printed, you must "merge" the declaration and signature block onto a single page prior to signing, so that the *one complete page* can be scanned to create an acceptable image file. It is recommended that you copy-and-paste the entire text form into another document, manipulate the spacing there to move the declaration and signature section to a separate page, and then print this new version of the text form to send to the signatory.

MUNCHKINBOX

# Trademark/Service Mark Application, Principal Register

### Serial Number: 77884195
### Filing Date: 12/02/2009

## The table below presents the data as entered.

| Input Field | Entered |
| --- | --- |
| **SERIAL NUMBER** | 77884195 |
| **MARK INFORMATION** | |
| ***MARK** | \\TICRS\EXPORT8\IMAGEOUT8 \778\841\77884195\xml1\AP P0002.JPG |
| **SPECIAL FORM** | YES |
| **USPTO-GENERATED IMAGE** | NO |
| **COLOR MARK** | NO |
| ***DESCRIPTION OF THE MARK** (and Color Location, if applicable) | The mark consists of stylized text forming the word "MunchkinBox" with the letter "i" represented by the figures of an adult and child and the letter "o" represented in the form of a rectangular box containing the figures of an adult waving to a child. |
| **PIXEL COUNT ACCEPTABLE** | NO |
| **PIXEL COUNT** | 792 x 160 |
| **REGISTER** | Principal |
| **APPLICANT INFORMATION** | |
| ***OWNER OF MARK** | Kinbook, LLC |
| ***STREET** | 151 Blackpool Road |
| ***CITY** | Rehoboth Beach |
| ***STATE** (Required for U.S. applicants) | Delaware |
| ***COUNTRY** | United States |

**\*ZIP/POSTAL CODE** (Required for U.S. applicants only)   19971

## LEGAL ENTITY INFORMATION

**TYPE**   limited liability company

**STATE/COUNTRY WHERE LEGALLY ORGANIZED**   Delaware

## GOODS AND/OR SERVICES AND BASIS INFORMATION

**\* INTERNATIONAL CLASS**   045

**\* IDENTIFICATION**   On-line social networking services enabling sharing of information among children and their extended family

**FILING BASIS**   SECTION 1(b)

## ATTORNEY INFORMATION

**NAME**   Rex A. Donnelly

**ATTORNEY DOCKET NUMBER**   KNB-103US

**FIRM NAME**   RatnerPrestia

**STREET**   1007 N. Orange Street; Suite 1100

**INTERNAL ADDRESS**   P. O. Box 1596

**CITY**   Wilmington

**STATE**   Delaware

**COUNTRY**   United States

**ZIP/POSTAL CODE**   19899

**PHONE**   302-778-2500

**FAX**   302-778-2600

**EMAIL ADDRESS**   tmde@ratnerprestia.com

**AUTHORIZED TO**

| | |
|---|---|
| **COMMUNICATE VIA EMAIL** | Yes |
| **OTHER APPOINTED ATTORNEY** | Lawrence E. Ashery, Eric Berkowitz, Joshua L. Cohen, Christopher Dervishian, Jacques L. Etkowicz, Zachary J. Fansler, Jack J. Jankovitz, Andrew J. Koopman, Benjamin E. Leace, Christopher R. Lewis, Glenn M. Massina, John W. McGlynn, Glenn Murphy, Kenneth N. Nigon, Paul F. Prestia, Allan Ratner, Christopher A. Rothe, Lauren Schmidt, Robert P. Seitter, Jaimin B. Shah, Jonathan H. Spadt, Stephen J. Weed, Stanley Weinberg |

## CORRESPONDENCE INFORMATION

| | |
|---|---|
| **NAME** | Rex A. Donnelly |
| **FIRM NAME** | RatnerPrestia |
| **STREET** | 1007 N. Orange Street; Suite 1100 |
| **INTERNAL ADDRESS** | P. O. Box 1596 |
| **CITY** | Wilmington |
| **STATE** | Delaware |
| **COUNTRY** | United States |
| **ZIP/POSTAL CODE** | 19899 |
| **PHONE** | 302-778-2500 |
| **FAX** | 302-778-2600 |
| **EMAIL ADDRESS** | tmde@ratnerprestia.com |
| **AUTHORIZED TO COMMUNICATE VIA EMAIL** | Yes |

## FEE INFORMATION

| | |
|---|---|
| **NUMBER OF CLASSES** | 1 |
| **FEE PER CLASS** | 325 |
| **\*TOTAL FEE DUE** | 325 |
| **\*TOTAL FEE PAID** | 325 |

## SIGNATURE INFORMATION

| | |
|---|---|
| **ORIGINAL PDF FILE** | hw_14614549106- |

125524887_._Declaration_for_MUNCHKINBOX_Logo.pdf

| | |
|---|---|
| **CONVERTED PDF FILE(S)** (1 page) | \\TICRS\EXPORT8\IMAGEOUT8\778\841\77884195\xml1\APP0003.JPG |
| **SIGNATORY'S NAME** | Jacquelyn Blue |
| **SIGNATORY'S POSITION** | CEO |

## Trademark/Service Mark Application, Principal Register

**Serial Number: 77884195**
**Filing Date: 12/02/2009**

## To the Commissioner for Trademarks:

**MARK:** (Stylized and/or Design, see mark)
The applicant is not claiming color as a feature of the mark. The mark consists of stylized text forming the word "MunchkinBox" with the letter "i" represented by the figures of an adult and child and the letter "o" represented in the form of a rectangular box containing the figures of an adult waving to a child.
The applicant, Kinbook, LLC, a limited liability company legally organized under the laws of Delaware, having an address of
    151 Blackpool Road
    Rehoboth Beach, Delaware 19971
    United States
requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended, for the following:

    International Class 045:  On-line social networking services enabling sharing of information among children and their extended family
Intent to Use: The applicant has a bona fide intention to use or use through the applicant's related company or licensee the mark in commerce on or in connection with the identified goods and/or services. (15 U.S.C. Section 1051(b)).

The applicant hereby appoints Rex A. Donnelly and Lawrence E. Ashery, Eric Berkowitz, Joshua L. Cohen, Christopher Dervishian, Jacques L. Etkowicz, Zachary J. Fansler, Jack J. Jankovitz, Andrew J. Koopman, Benjamin E. Leace, Christopher R. Lewis, Glenn M. Massina, John W. McGlynn, Glenn Murphy, Kenneth N. Nigon, Paul F. Prestia, Allan Ratner, Christopher A. Rothe, Lauren Schmidt, Robert P. Seitter, Jaimin B. Shah, Jonathan H. Spadt, Stephen J. Weed, Stanley Weinberg of RatnerPrestia

    P. O. Box 1596
    1007 N. Orange Street; Suite 1100
    Wilmington, Delaware 19899
    United States

to submit this application on behalf of the applicant. The attorney docket/reference number is KNB-103US.

    Correspondence Information: Rex A. Donnelly
                  RatnerPrestia
                  P. O. Box 1596
                  1007 N. Orange Street; Suite 1100
                  Wilmington, Delaware 19899
                  302-778-2500(phone)
                  302-778-2600(fax)
                  tmde@ratnerprestia.com (authorized)

A fee payment in the amount of $325 has been submitted with the application, representing payment for 1 class(es).

## Declaration

**Original PDF file:**
hw_14614549106-125524887_._Declaration_for_MUNCHKINBOX_Logo.pdf
**Converted PDF file(s)** (1 page)
<u>Signature File1</u>
Signatory's Name: Jacquelyn Blue
Signatory's Position: CEO

RAM Sale Number: 10220
RAM Accounting Date: 12/02/2009

Serial Number: 77884195
Internet Transmission Date: Wed Dec 02 13:07:45 EST 2009
TEAS Stamp: USPTO/BAS-146.145.49.106-200912021307456
27428-77884195-460443390a2a4ebe3e36b892f
25c5bde1d1-CC-10220-20091202125524887580



## Declaration

The undersigned, being hereby warned that willful false statements and the like so made are punishable by fine or imprisonment, or both, under 18 U.S.C. Section 1001, and that such willful false statements, and the like, may jeopardize the validity of the application or any resulting registration, declares that he/she is properly authorized to execute this application on behalf of the applicant; he/she believes the applicant to be the owner of the trademark/service mark sought to be registered, or, if the application is being filed under 15 U.S.C. Section 1051(b), he/she believes applicant to be entitled to use such mark in commerce; to the best of his/her knowledge and belief no other person, firm, corporation, or association has the right to use the mark in commerce, either in the identical form thereof or in such near resemblance thereto as to be likely, when used on or in connection with the goods/services of such other person, to cause confusion, or to cause mistake, or to deceive; and that all statements made of his/her own knowledge are true; and that all statements made on information and belief are believed to be true.

**Signature Section:**

Signature: _____

Signatory's Name: _Jacqelyn Blue_

Signatory's Position: _CEO_

Date Signed: _Dec. 1, 2009_

**NOTE TO APPLICANT:** When filed as part of the electronic form (i.e., scanned and attached as an image file), the signature page **must** include both the signature information **and** the boilerplate declaration language. Do **not** include the entire application, but do ensure that the boilerplate declaration language actually appears; *a signature by itself will not be acceptable*. If, due to browser limitations, the boilerplate declaration language appears on a previous page when printed, you must "merge" the declaration and signature block onto a single page prior to signing, so that the *one complete page* can be scanned to create an acceptable image file. It is recommended that you copy-and-paste the entire text form into another document, manipulate the spacing there to move the declaration and signature section to a separate page, and then print this new version of the text form to send to the signatory.



# EXHIBIT "B"



**facebook**   Search

Your Memory Box, Now And Forever.

| Home | My KinBoxes | My Profile | Search | About | Terms of Service | Help |

| Rex's Kin | Events | MunchKinBox | LegacyBox | Memories | Invite | Settings |



**KinBox Members**



Create KinBox

Edit This KinBox

Create An Event

KinBox Requests

Invite List

Invite to KinBox

**About This KinBox**

Donnelly family

**July 2010**

| Sun | Mon | Tue | Wed | Thu | Fri | Sat |
|-----|-----|-----|-----|-----|-----|-----|
|     |     |     |     | 1   | 2   | 3   |
| 4   | 5   | 6   | 7   | 8   | 9   | 10  |
| 11  | 12  | 13  | 14  | 15  | 16  | 17  |
| 18  | 19  | 20  | 21  | 22  | 23  | 24  |
| 25  | 26  | 27  | 28  | 29  | 30  | 31  |

**Post a Memory, Story or Comment Here**

No comments have been entered. Please post a comment, story, or memory below.

**Comment:**

Post

CAPTURE THE CHILDHOOD
OF LOVED ONES THROUGH:

**MUNCHKINBUZZ**

# LEGACYBOX
### PRESERVE & HONOR THOSE LOVED ONES
### WHO'VE PASSED ON

Report   English (US)

About   Advert

Chat (3)



Trademark Electronic Search System (TESS)

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Sat Jun 12 03:56:59 EDT 2010*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST | NEXT LIST |

| FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

Logout | Please logout when you are done to release system resources allocated for you.

Start | List At: [          ]   OR   Jump | to record: [          ]   **Record 11 out of 424**

| TARR Status | ASSIGN Status | TDR | TTAB Status |  *( Use the "Back" button of the Internet Browser to return to TESS)*

# KIN

| | |
|---|---|
| **Word Mark** | **KIN** |
| **Goods and Services** | IC 009. US 021 023 026 036 038. G & S: mobile phones; portable audio-video media players; smartphones; handheld computing devices; operating system software for mobile phones, portable audio-video media players, smartphones and handheld computing devices<br><br>IC 042. US 100 101. G & S: on-line services related to maintaining and organizing mobile phone related data; on-line audio-visual data storage and download services; on-line software download services |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 85011924 |
| **Filing Date** | April 12, 2010 |
| **Current Filing Basis** | 1B;44D |
| **Original Filing Basis** | 1B;44D |
| **Owner** | (APPLICANT) Microsoft Corporation CORPORATION WASHINGTON One Microsoft Way Redmond WASHINGTON 980526399 |
| **Attorney of Record** | William O. Ferron, Jr. |
| **Priority Date** | December 21, 2009 |
| **Type of Mark** | TRADEMARK. SERVICE MARK |
| **Register** | PRINCIPAL |

Trademark Electronic Search System (TESS)

| | |
|---|---|
| **Live/Dead Indicator** | LIVE |

TESS HOME   NEW USER   STRUCTURED   FREE FORM   BROWSE DICT   SEARCH OG   TOP   HELP   PREV LIST   CURR LIST   NEXT LIST

FIRST DOC   PREV DOC   NEXT DOC   LAST DOC

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

# Trademark/Service Mark Application, Principal Register

**Serial Number: 85011924**
**Filing Date: 04/12/2010**

## The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| SERIAL NUMBER | 85011924 |
| MARK INFORMATION | |
| *MARK | KIN |
| STANDARD CHARACTERS | YES |
| USPTO-GENERATED IMAGE | YES |
| LITERAL ELEMENT | KIN |
| MARK STATEMENT | The mark consists of standard characters, without claim to any particular font, style, size, or color. |
| REGISTER | Principal |
| APPLICANT INFORMATION | |
| *OWNER OF MARK | Microsoft Corporation |
| *STREET | One Microsoft Way |
| *CITY | Redmond |
| *STATE (Required for U.S. applicants) | Washington |
| *COUNTRY | United States |
| *ZIP/POSTAL CODE (Required for U.S. applicants only) | 98052-6399 |
| LEGAL ENTITY INFORMATION | |
| TYPE | corporation |
| STATE/COUNTRY OF INCORPORATION | Washington |
| GOODS AND/OR SERVICES AND BASIS INFORMATION | |

| | |
|---|---|
| *INTERNATIONAL CLASS | 009 |
| *IDENTIFICATION | mobile phones; portable audio-video media players; smartphones; handheld computing devices; operating system software for mobile phones, portable audio-video media players, smartphones and handheld computing devices |
| FILING BASIS | SECTION 1(b) |
| FILING BASIS | SECTION 44(d) |
| FOREIGN APPLICATION NUMBER | 2009/26,196 |
| FOREIGN APPLICATION COUNTRY | South Africa |
| FOREIGN FILING DATE | 12/21/2009 |
| *INTERNATIONAL CLASS | 042 |
| *IDENTIFICATION | on-line services related to maintaining and organizing mobile phone related data; on-line audio-visual data storage and download services; on-line software download services |
| FILING BASIS | SECTION 1(b) |
| FILING BASIS | SECTION 44(d) |
| FOREIGN APPLICATION NUMBER | 2009/26,198 |
| FOREIGN APPLICATION COUNTRY | South Africa |
| FOREIGN FILING DATE | 12/21/2009 |

## ATTORNEY INFORMATION

| | |
|---|---|
| NAME | William O. Ferron, Jr. |
| ATTORNEY DOCKET NUMBER | 664005.20058 |
| FIRM NAME | Seed IP Law Group PLLC |
| STREET | 701 Fifth Avenue |
| INTERNAL ADDRESS | Suite 5400 |
| CITY | Seattle |
| STATE | Washington |
| COUNTRY | United States |

| | |
|---|---|
| **ZIP/POSTAL CODE** | 98104 |
| **PHONE** | 206-622-4900 |
| **FAX** | 206-682-6031 |
| **EMAIL ADDRESS** | BillF.docketing@SeedIP.com |
| **AUTHORIZED TO COMMUNICATE VIA EMAIL** | Yes |
| **OTHER APPOINTED ATTORNEY** | Lorraine Linford, E. Russell Tarleton, Kevin S. Costanza, Timothy L. Boller, Karl L. Klassen, Nathaniel E. Durrance and Jared M. Barrett |

## CORRESPONDENCE INFORMATION

| | |
|---|---|
| **NAME** | William O. Ferron, Jr. |
| **FIRM NAME** | Seed IP Law Group PLLC |
| **STREET** | 701 Fifth Avenue |
| **INTERNAL ADDRESS** | Suite 5400 |
| **CITY** | Seattle |
| **STATE** | Washington |
| **COUNTRY** | United States |
| **ZIP/POSTAL CODE** | 98104 |
| **PHONE** | 206-622-4900 |
| **FAX** | 206-682-6031 |
| **EMAIL ADDRESS** | BillF.docketing@SeedIP.com |
| **AUTHORIZED TO COMMUNICATE VIA EMAIL** | Yes |

## FEE INFORMATION

| | |
|---|---|
| **NUMBER OF CLASSES** | 2 |
| **FEE PER CLASS** | 325 |
| **\*TOTAL FEE DUE** | 650 |
| **\*TOTAL FEE PAID** | 650 |

## SIGNATURE INFORMATION

| | |
|---|---|
| **SIGNATURE** | /William O. Ferron, Jr./ |
| **SIGNATORY'S NAME** | William O. Ferron, Jr. |

**SIGNATORY'S POSITION**          Attorney for Applicant, Washington State Bar
                                  Member

**DATE SIGNED**                   04/12/2010


## Trademark/Service Mark Application, Principal Register

**Serial Number: 85011924**
**Filing Date: 04/12/2010**

# To the Commissioner for Trademarks:

**MARK:** KIN (Standard Characters, see mark)
The literal element of the mark consists of KIN.
The mark consists of standard characters, without claim to any particular font, style, size, or color.

The applicant, Microsoft Corporation, a corporation of Washington, having an address of
    One Microsoft Way
    Redmond, Washington 98052-6399
    United States
requests registration of the trademark/service mark identified above in the United States Patent and
Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051
et seq.), as amended, for the following:

    International Class 009:  mobile phones; portable audio-video media players; smartphones; handheld
computing devices; operating system software for mobile phones, portable audio-video media players,
smartphones and handheld computing devices
Intent to Use: The applicant has a bona fide intention to use or use through the applicant's related
company or licensee the mark in commerce on or in connection with the identified goods and/or services.
(15 U.S.C. Section 1051(b)).

Priority based on foreign filing: Applicant has a bona fide intention to use the mark in commerce on or in
connection with the identified goods and/or services and asserts a claim of priority based on South Africa
application number 2009/26,196, filed 12/21/2009. 15 U.S.C. Section 1126(d), as amended.


    International Class 042:  on-line services related to maintaining and organizing mobile phone related
data; on-line audio-visual data storage and download services; on-line software download services
Intent to Use: The applicant has a bona fide intention to use or use through the applicant's related

company or licensee the mark in commerce on or in connection with the identified goods and/or services. (15 U.S.C. Section 1051(b)).

Priority based on foreign filing: Applicant has a bona fide intention to use the mark in commerce on or in connection with the identified goods and/or services and asserts a claim of priority based on South Africa application number 2009/26,198, filed 12/21/2009. 15 U.S.C. Section 1126(d), as amended.

The applicant hereby appoints William O. Ferron, Jr. and Lorraine Linford, E. Russell Tarleton, Kevin S. Costanza, Timothy L. Boller, Karl L. Klassen, Nathaniel E. Durrance and Jared M. Barrett of Seed IP Law Group PLLC
    Suite 5400
    701 Fifth Avenue
    Seattle, Washington 98104
    United States
to submit this application on behalf of the applicant. The attorney docket/reference number is 664005.20058.
 Correspondence Information: William O. Ferron, Jr.
                  Seed IP Law Group PLLC
                  Suite 5400
                  701 Fifth Avenue
                  Seattle, Washington 98104
                  206-622-4900(phone)
                  206-682-6031(fax)
                  BillF.docketing@SeedIP.com (authorized)

A fee payment in the amount of $650 has been submitted with the application, representing payment for 2 class(es).

## Declaration

The undersigned, being hereby warned that willful false statements and the like so made are punishable by fine or imprisonment, or both, under 18 U.S.C. Section 1001, and that such willful false statements, and the like, may jeopardize the validity of the application or any resulting registration, declares that he/she is properly authorized to execute this application on behalf of the applicant; he/she believes the applicant to be the owner of the trademark/service mark sought to be registered, or, if the application is being filed under 15 U.S.C. Section 1051(b), he/she believes applicant to be entitled to use such mark in commerce; to the best of his/her knowledge and belief no other person, firm, corporation, or association has the right to use the mark in commerce, either in the identical form thereof or in such near resemblance thereto as to be likely, when used on or in connection with the goods/services of such other person, to cause confusion, or to cause mistake, or to deceive; and that all statements made of his/her own knowledge are true; and that all statements made on information and belief are believed to be true.

Signature: /William O. Ferron, Jr./   Date Signed: 04/12/2010
Signatory's Name: William O. Ferron, Jr.
Signatory's Position: Attorney for Applicant, Washington State Bar Member


RAM Sale Number: 2585
RAM Accounting Date: 04/13/2010

Serial Number: 85011924
Internet Transmission Date: Mon Apr 12 16:05:20 EDT 2010
TEAS Stamp: USPTO/BAS-38.100.227.210-201004121605205
95129-85011924-460f35162691d4a33fe1d1443
9b4d1df91-DA-2585-20100412160236502866



KIN

# EXHIBIT "D"

This is Google's cache of http://www.pcmag.com/slideshow_viewer/0,1205,l%253D250026%2526a%253D250021%2526po%253D0,00.asp?p=y. It is a snapshot of the page as it appeared on Aug 8, 2010 05:52:32 GMT. The current page could have changed in the meantime. Learn more

These search terms are highlighted: **microsoft** These terms only appear in links pointing to this page: **kinbox**

Text-only version

Microsoft

# Hands On with the Microsoft Kin Phones

ADD COMMENT     SHARE     MORE

Shop for products from our partners

Product Spotlight



**Microsoft** Kin Box

The **Microsoft** Kin phones come in unusual cylindrical boxes. BACK TO ARTICLE

Info Centers

Ads by Google

## Reduce Dll Errors
Simple, Safe Registry Cleaner for Better PC Performance. Download Now

## Comments



Page 1 of 5

Microsoft Kinect to go on sale in November, somewhere -- Engadget





FILED UNDER

# Microsoft Kinect to go on sale in November, somewhere

*Thomas Ricker*

> Introducing Kinect for Xbox 360 - formerly "Project
> Natal." This extraordinary new way to play games is coming
> November 2010.

That's Kinect is at is the latest status update to the Xbox MySpace page. Insane as Microsoft *Natal*. You know, just in case you were looking for something to purchase in stores just in the holidays. *How much* is the big question now.

**Update** John was kind enough to ping us and let us know about at a November date discount a UK Microsoft store page that has a purchase option below. You would seem to suggest also be better timing. Given the end of the year, we see that another in the future on that power surge and Microsoft's second big event of the show kicks off. We'll be there.

*Thanks, Bharat R :*

RELATED POSTS


Kinect for Xbox 360 now listed for $150... at Microsoft's own online store


250GB Xbox 360 Kinect bundle tipped on 4GB packaging


Microsoft Kinect for Xbox 360 launching on November 10 in Europe


Entelligence: The aftermath of E3

## KIINECT

XBOX 360

## COMING NOVEMBER 2010

**FEATURED**


Engadget's back to school guide: Mobile phones

SOURCE *MySpace (Xbox)*

Tweet



Microsoft Kinect to go on sale in November, somewhere -- Engadget


Samsung Galaxy S GPS-gate two problems, not one (and what to do about it)


Fujifilm introduces Finepix Real 3D W3 camera, we go hands-on

*Microsoft Kinect for Xbox 360 launching on November 10 in Europe*
*Lenovo side project to launch Xbox 360 / Kinect knockoff in China: hello, eBox*
*Is Microsoft quietly opening up a Kinect beta program?*


Xbox Live launch titles for Windows Phone 7 finally revealed, we've got the full preview

*Kinect launching on November 10 in Europe, Africa, Middle East*
*Protest Groups Converge on Google, Microsoft Sets IE9 Beta Release Date*
*Analyst: Kinect sales could top 4 million in 2010*

## COMMENTS

*Comments are currently turned off. You can enable them by clicking "on" above.*

## FACEBOOK ACTIVITY

This site has been blocked by

**URL:** http://www.facebook.com/

**Block reason: Administrati**

If you believe the below web site

# MOST COMMENTED

*Nokia N8 pre-orders go live in the US, $549 for 'end of September' delivery*

*Xbox Live launch titles for Windows Phone 7 finally revealed, we've got the full preview*

*Adobe's CEO: 'we've moved on' from Apple's argument, and Flash still rules*

*Epic 4G review*

*Samsung Galaxy S GPS-gate: two problems, not one (and what to do about it)*