IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **KINBOOK, LLC,** | : | |
| | : | **CIVIL ACTION** |
| **Plaintiff,** | : | |
| | : | |
| v. | : | |
| | : | |
| **MICROSOFT CORPORATION,** | : | |
| | : | **NO. 10-4828** |
| **Defendant.** | : | |

**O R D E R**

**AND NOW**, this 24th day of January, 2012, upon consideration of Defendant Microsoft Corporation's Motion for Summary Judgment (Doc. No. 28), its Memorandum in support thereof, and all responses thereto, it is hereby **ORDERED** that Microsoft's Motion for Summary Judgment is **GRANTED**.

BY THE COURT:


S/Gene E.K. Pratter
GENE E.K. PRATTER
UNITED STATES DISTRICT COURT

1